AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00106 |
| Donald Walker | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 3/22/2024 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | Entering and remaining and disorderly conduct in a restricted building or grounds, |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | Parading, picking, and demonstrating and disorderly conduct in a Capitol building., |
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __03/22/2024__                    _____
                                                        *Judge's signature*

City and state:  __Washington, D.C.__     G. Michael Harvey, U.S. Magistrate Judge
                                                        *Printed name and title*