AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00106 |
| Donald Walker | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 3/22/2024 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Donald Walker__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Entering and remaining and disorderly conduct in a restricted building or grounds;
40 U.S.C. § 5104(e)(2)(D) and (G) - Parading, picking, and demonstrating and disorderly conduct in a Capitol building.;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date: ___03/22/2024___

*Issuing officer's signature*

City and state: ___Washington, D.C.___     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) __03/22/2024__, and the person was arrested on (date) __03/25/2024__
at (city and state) __Jackson, MS__.

Date: __03/25/2024__

*Arresting officer's signature*

Special Agent
*Printed name and title*